```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SUSAN KORRY,                           :
                                       :   07 Civ. 5985 (RMB)
                     Plaintiff,        :
         - against -                   :
                                       :   **ORDER**
INSTANT PRODUCTS INTERNATIONAL         :
INC., et al.                           :
                                       :
                     Defendants.       :
------------------------------------------------------------x

Rule 21 of the Local Rules for the Division of Business Among District Judges states in pertinent part that "[a] civil case shall be designated for assignment to White Plains if: (i) The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan and Westchester . . . and at least one of the parties resides in [these] Counties." U.S. Dist. Ct. Rules S.D.N.Y., Division of Business Rule 21(a)(i). Upon the record herein, including, among other things, Defendants' letter to the Court, dated July 26, 2007, Plaintiff's letter to the Court, dated July 26, 2007, and the conference held before the Court on July 27, 2007, the Court finds that the criteria set forth in Rule 21(a)(i) have been satisfied, and "the interests of justice and sound judicial administration make reassignment of [this] case[] to White Plains appropriate." Tiffany v. Tartaglione, No. 00 Civ. 2283, 2001 WL 15677, at *1–*2 (S.D.N.Y. Jan. 5, 2001); see also U.S. Dist. Ct. Rules S.D.N.Y., Division of Business Rule 22.

**ORDER**

The Clerk of the Court is respectfully requested to reassign this action to the White Plains Courthouse.

Dated: New York, New York
       July 27, 2007



RICHARD M. BERMAN, U.S.D.J.