JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Attorneys of Record:
    Clifford R. Atlas (CA 9512)
    Samantha Abeysekera (SA 8198)
ATTORNEYS FOR DEFENDANT
ROTHFOS CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SUSAN KORRY

        Plaintiff,

-against-

INSTANT PRODUCTS INTERNATIONAL
INC., ROTHFOS CORPORATION,
RoCORP TRADING AG, NEUMANN
GRUPPE GmbH, NEUMANN KAFFEE
GRUPPE GmbH, IPI INSTANT
PRODUCTS INTERNATIONAL GmbH,
and KLAAS VAN DER KAAIJ,

        Defendants.

------------------------------------------------------------X

Civil Action No.:07 civ. 5985

**DEFENDANT ROTHFOS CORPORATION'S FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1(a), and to enable the judges of the Court to evaluate possible reasons for disqualification or recusal, the undersigned counsel have been advised as follows:

       1.    Rothfos Corporation is a wholly-owned subsidiary of Neumann Gruppe USA, Inc., which in turn is a wholly-owned subsidiary of Neumann Gruppe GmbH;

       2.    Neumann Gruppe GmbH is a privately-held company.

                          Respectfully submitted,

                        JACKSON LEWIS LLP
                          59 Maiden Lane
                          New York, New York 10038
                          (212) 545-4000

Dated: October 8, 2007            By: _____
       New York, New York                  Clifford R. Atlas (CA 9512)
                                               Samantha Abeysekera (SA 8198)

                                        ATTORNEYS FOR DEFENDANT ROTHFOS CORPORATION