*Breant, J*

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
Attorneys of Record:
    Clifford R. Atlas (CA 9512)
    Samantha Abeysekera (SA 8198)
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SUSAN KORRY

        Plaintiff,

-against-

INSTANT PRODUCTS INTERNATIONAL
INC., ROTHFOS CORPORATION,
RoCORP TRADING AG, NEUMANN
GRUPPE GmbH, NEUMANN KAFFEE
GRUPPE GmbH, IPI INSTANT
PRODUCTS INTERNATIONAL GmbH,
and KLAAS VAN DER KAAIJ,

        Defendants.

------------------------------------------------------------X

Civil Action No.:07 civ. 5985 (CLB)

*Partial* STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND *as to named parties*

    IT IS HEREBY STIPULATED by and between Plaintiff Susan Korry and Defendants Neumann Gruppe GmbH and Instant Products International GmbH ("Defendants"), through their attorneys of record, that the time by which Defendants shall answer, move or

otherwise respond to Plaintiff's Complaint shall be extended through and including February 29, 2008.

| | |
|---|---|
| BERKE-WEISS & PECHMAN LLP<br>488 Madison Avenue<br>New York, New York 10022<br>(212) 583-9500<br><br>By: _____<br>Laurie Berke-Weiss (LB 3445)<br><br>Dated: January 28, 2008<br><br>ATTORNEY FOR PLAINTIFF<br>SUSAN KORRY | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038-4502<br>(212) 545-4000<br><br>By: _Clifford R Atlas_ (SA)<br>Clifford R. Atlas (CA 9512)<br>Samantha Abeysekera (SA 8198)<br><br>Dated: January 28, 2008<br><br>ATTORNEYS FOR DEFENDANTS<br>NEUMANN GRUPPE GmbH and<br>INSTANT PRODUCTS<br>INTERNATIONAL GmbH |

SO ORDERED: January 29, 2008

_____
Charles L. Brieant, U.S.D.J.

dated:

2