UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SUSAN KORRY

        Plaintiff,

-against-

INSTANT PRODUCTS INTERNATIONAL INC., ROTHFOS CORPORATION, RoCORP TRADING AG, NEUMANN GRUPPE GmbH, NEUMANN KAFFEE GRUPPE GmbH, IPI INSTANT PRODUCTS INTERNATIONAL GmbH, and KLAAS VAN DER KAAIJ,

        Defendants.

------------------------------------------------------------X

Civil Action No.: 07 civ. 5985 (CLB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Susan Korry and Defendants, Defendants named herein as Instant Products International Inc., Rothfos Corporation, RoCORP Trading AG, Neumann Gruppe GmbH, Neumann Kafee Gruppe GmbH, and IPI Instant Products International GmbH, and Klaas van der Kaaij, through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety on the merits with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

| | |
|---|---|
| BERKE-WEISS & PECHMAN, LLP<br>488 Madison Avenue<br>New York, New York 10022<br>(212) 583-9500 | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038<br>(212) 545-4017 |
| By: _____<br>Laurie Berke-Weiss (LBW 3445)<br>ATTORNEY FOR PLAINTIFF | By: _____<br>Clifford R. Atlas (CA 9512)<br>ATTORNEY FOR DEFENDANTS |
| Date: April 2, 2008 | Date: May 6, 2008 |

SO ORDERED
this 7 day of ~~April~~ May 2008.

_____
Charles L. Brieant, U.S.D.J.